IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT A. MARTIN, | )<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>)<br>) | 1:10-cv-1622-CAP |
| L-3 COMMUNICATIONS<br>CORPORATION,<br>VERTEX AEROSPACE, LLC, A/K/A<br>L-3 COMMUNICATIONS<br>AEROSPACE, LLC, A/K/A<br>L-3 VERTEX AEROSPACE LLC,<br>AND L-3 COMMUNICATIONS<br>INTEGRATED SYSTEMS, LP, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the United States and Relator's Joint Notice of Voluntary Dismissal of Intervened Claims, Relator's Notice of Voluntary Dismissal of non-intervened and for good cause shown, the Court GRANTS the Parties' motions.

It is ORDERED that:

1. The above-captioned case and all counts in the Complaint are dismissed.

2. As to the intervened claims, the dismissal is **WITH** prejudice to the United States and Relator. For the non-intervened claims, the dismissal is **WITH** prejudice as to the Relator but **WITHOUT** prejudice to the United States.

IT IS SO ORDERED,

This  20th  day of OCTOBER, 2015.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE